UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SCOTT J. McGREGOR,

                              Plaintiff,

        v.                                        7:10-CV-01483

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THOMAS J. McAVOY
United States District Judge

## **DECISION and ORDER**

        This matter brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Victor

E. Bianchini, United States Magistrate Judge, for a Report-Recommendation pursuant to 28

U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York.

        No objections to the June 1, 2012 Report-Recommendation have been raised.

After examining the record, this Court has determined that the Report-Recommendation is

not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the

Report-Recommendation for the reasons stated therein.


        It is, therefore, ORDERED that:


(1) Plaintiff's Motion for Judgment on the Pleadings is GRANTED;

(2) Defendant's Motion for Judgment on the Pleadings is DENIED;

(3) the Commissioner's Decision is REVERSED; and

(4) Plaintiff's case is REMANDED to the Commissioner for proceedings regarding the calculation of benefits.

IT IS SO ORDERED.

Dated: July 12, 2012

Thomas J. McAvoy
Senior, U.S. District Judge